Scott Edelsberg, Esq. (CA Bar No. 330990)
**EDELSBERG LAW, P.A.**
1925 Century Park E, #1700
Los Angeles, CA 90067
Telephone: (305) 975-3320
*scottedelsberglaw.com*

*Counsel for Plaintiffs and the Proposed Class*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONICA SANTANA and PAULA KLEYNBURD, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>-v-<br><br>23ANDME, INC.,<br><br>Defendant. | Case No. 3:23-cv-05147-EMC<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' SECOND ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO LOCAL RULE 3-12** |

Having reviewed Plaintiffs Monica Santana's and Paula Kleynburds' ("Plaintiffs") Second Administrative Motion to Consider Whether Cases Should be Related Pursuant to Local Rule 3-12, Stipulation Regarding Plaintiffs' Second Administrative Motion to Consider Whether Cases Should be Related Pursuant to Local Rule 3-12, and for good cause appearing,

**IT IS HEREBY ORDERED** that:

1. *Rivers, et al. v. 23andMe, Inc. et al.,* (Case No. 4:23-cv-06481-DMR);

2. *Scott et al. v. 23andMe Holding Co. et al.,* (Case No. 3:23-cv-05980-LB);

3.   *Ioffe v. 23andMe, Inc.,* (Case No. 5:23-cv-06205-NC.).

are hereby **RELATED** to *Santana v. 23andMe, Inc.*, Case No. 3:23-cv-05147-EMC (N.D. Cal. Filed October 9, 2023).

**IT IS SO ORDERED.**

Dated: January 12, 2024

_____
HON. EDWARD M. CHEN
UNITED STATES DISTRICT COURT JUDGE

-2-
[PROPOSED] ORDER GRANTING PLAINTIFFS' SECOND ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO LOCAL RULE 3-12