**GREENBERG TRAURIG, LLP**
Ian C. Ballon (SBN 141819)
*Ballon@gtlaw.com*
1900 University Avenue, 5th Floor
East Palo Alto, California 94303
Telephone: 650-328-8500

Rebekah S. Guyon (SBN 291037)
*GuyonR@gtlaw.com*
1840 Century Park East, Suite 1900
Los Angeles, California 90067
Telephone: 310-586-7700

Kristin O'Carroll (SBN 312902)
*ocarrollk@gtlaw.com*
101 Second Street, Suite 2200
San Francisco, California 94105-3668
Telephone: 415-655-1300

*Attorneys for Defendant 23andMe, Inc.*

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| TRACY SCOTT, ANNA DAVEIGA, and EMILY BEALE, on behalf of themselves and all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>23ANDME HOLDING CO. and 23ANDME, INC.,<br><br>*Defendants*. | CASE NO. 3:23-cv-05980-EMC<br><br>Hon. Edward M. Chen<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE TO RESPOND TO COMPLAINT** |

23andMe Holding Co. and 23andMe, Inc. ("23andMe" or "Defendants") and Plaintiffs Tracy Scott, Anna DaVeiga, and Emily Beale ("Plaintiffs") (collectively the "Parties"), hereby stipulate and agree that Defendants shall have an extension of time, until and including February 26, 2024, to respond to Plaintiffs' Complaint.

The Parties, by and through their respective counsel, hereby stipulate and agree as follows:

WHEREAS, Plaintiffs filed the Complaint on November 17, 2023;

WHEREAS, Plaintiffs served the Summons and Complaint on Defendants by Waiver of Service of Summons on November 27, 2023;

WHEREAS, Defendants' deadline to respond to Plaintiffs' Complaint under the Federal Rules of Civil Procedure is January 26, 2024;

WHEREAS, the Parties have agreed, in furtherance of judicial economy, to an extension of time for Defendants to respond to the Complaint, through and including February 26, 2024;

NOW THEREFORE, IT IS HEREBY STIPULATED by, between and among Plaintiffs and Defendants that:

The deadline for Defendants to file a respective responsive pleading to Plaintiffs' Complaint is extended thirty days from January 26, 2024, up to and including February 26, 2024.

DATED: January 18, 2024                    GREENBERG TRAURIG, LLP

                                           By:   /s/ Rebekah S. Guyon
                                                 Rebekah S. Guyon
                                                 Attorneys for Defendants, 23andMe

DATED: January 18, 2024                    SCOTT+SCOTT ATTORNEYS AT LAW LLP

                                           By:   /s/ Carey Alexander
                                                 Carey Alexander
                                                 Attorneys for Plaintiffs

**ATTESTATION PURSUANT TO LOCAL RULE 5-1(i)(3):**

I, Rebekah S. Guyon, counsel for Defendant, attest that all Signatories have concurred in the filing of the document.

DATED: January 18, 2024                    GREENBERG TRAURIG, LLP

By:   */s/ Rebekah S. Guyon*
     Rebekah S. Guyon
     Attorneys for Defendants, 23andMe

**[PROPOSED] ORDER**

The deadline for Defendants to file a respective responsive pleading to Plaintiffs' Complaint is extended to February 26, 2024.

DATED: this __ day of January, 2024

_____
Hon. Edward M. Chen
United States District Court Judge