Reset Form

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACY SCOTT, ANNA DAVEIGA, and EMILY BEALE on Behalf of THEMSELVES and All Others Similarly Situated, <br><br> Plaintiff(s) <br> v. <br><br> 23ANDME HOLDING CO. and 23ANDME, INC., <br><br> Defendant(s) | CASE No C 3:23-cv-05980 <br><br> ADR CERTIFICATION BY PARTIES AND COUNSEL |

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

1) Read the handbook entitled "Alternative Dispute Resolution Procedures Handbook" (available at cand.uscourts.gov/adr).
2) Discussed with each other the available dispute resolution options provided by the Court and private entities; and
3) Considered whether this case might benefit from any of the available dispute resolution options.

Date: _____  *[DocuSigned by: anna DaVeiga  4C730EBEBCB3469...]*  Party

Date: _____  *[DocuSigned by: signature  69F3CE38AE41449...]*  Attorney

Counsel further certifies that he or she has discussed the selection of an ADR process with counsel for the other parties to the case. Based on that discussion, the parties:

☐ intend to stipulate to an ADR process

☑ prefer to discuss ADR selection with the Assigned Judge at the case management conference

Date: _____  *[DocuSigned by: signature  69F3CE38AE41449...]*  Attorney

*Important!* E-file this form in ECF using event name: "ADR Certification (ADR LR 3-5 b) of Discussion of ADR Options."

*Form ADR-Cert  rev. 1-15-2019*

Print Form