| | |
|---|---|
| 1 | **GREENBERG TRAURIG, LLP** |
| 2 | Ian C. Ballon (SBN 141819) |
| | *Ballon@gtlaw.com* |
| 3 | 1900 University Avenue, 5th Floor |
| | East Palo Alto, California 94303 |
| 4 | Telephone: 650-328-8500 |

GREENBERG TRAURIG, LLP
Ian C. Ballon (SBN 141819)
*Ballon@gtlaw.com*
1900 University Avenue, 5th Floor
East Palo Alto, California 94303
Telephone: 650-328-8500

Rebekah S. Guyon (SBN 291037)
*GuyonR@gtlaw.com*
1840 Century Park East, Suite 1900
Los Angeles, California 90067
Telephone: 310-586-7700

Kristin O'Carroll (SBN 312902)
*ocarrollk@gtlaw.com*
101 Second Street, Suite 2200
San Francisco, California 94105-3668
Telephone: 415-655-1300

*Attorneys for Defendants 23andMe, Inc., 23andMe Holding Co*

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| TRACY SCOTT, ANNA DAVEIGA, and EMILY BEALE, and on behalf of themselves and all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>23ANDME HOLDING CO. and 23ANDME, INC.,<br><br>*Defendants*. | CASE NO. 3:23-cv-05980-EMC<br><br>Hon. Edward M. Chen<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE DEADLINE TO RESPOND TO COMPLAINT UNTIL AFTER CASE MANAGEMENT CONFERENCE** |

23andMe Holding Co., and 23andMe, Inc. ("Defendants") and Plaintiffs Tracy Scott, Anna DaVeiga, and Emily Beale ("Plaintiffs") (collectively the "Parties") jointly stipulate, with the Court's permission, to continue Defendants' deadline to respond to the complaint to thirty (30) days after the Initial Case Management Conference is held.

The Parties, by and through their respective counsel, hereby stipulate and agree as follows:

WHEREAS, Plaintiffs filed the Complaint on November 17, 2023;

WHEREAS, Plaintiff served the Summons and Complaint on Defendants by Waiver of Service of Summons on November 27, 2023;

WHEREAS, Defendants' initial deadline to respond under the Federal Rules of Civil Procedure was January 26, 2024;

WHEREAS, on December 21, 2023, Defendants filed a Motion to Transfer Actions to the Northern District of California Pursuant to 18 U.S.C. § 1407 for Coordinated or Consolidated Pretrial Proceedings with the JPML, styled *In re: 23andMe, Inc. Litigation*, MDL No. 3098 (the "MDL Motion");

WHEREAS, on December 29, 2023, Defendants requested this Court enter a stay of all proceedings until the JPML rules on Defendants' MDL Motion (the "Motion to Stay") and filed a Re-Notice of the Motion to Stay to correct the briefing schedule on January 5, 2024;

WHEREAS, on January 17, 2024, the Court vacated the Initial Case Management Conference set for January 23, 2024 and ordered the Initial Case Management Conference be reset to 30 days after the Court rules on Defendants' filed Motion to Stay;

WHEREAS, on January 18, 2024, the Parties agreed and stipulated to continue Defendants' deadline to respond to the complaint to February 26, 2024;

WHEREAS, on February 5, 2024, the Parties agreed to continue Defendants' deadline to respond to the complaint to 30 days after the Initial Case Management Conference;

WHEREAS, the proposed extension will not alter the date for any hearing or deadline set by the Court.

For the reasons stated above, IT IS HEREBY STIPULATED AND AGREED between the parties by and through their counsel of record, and with the Court's permission, that Defendants' deadline to

respond to the complaint be continued to 30 days after the Initial Case Management Conference is held, per Civil L.R. 7-12.

By her signature below, counsel for Defendants, Rebekah S. Guyon, declares that the foregoing statements are true and correct under Civil L.R. 6-2(a).

DATED:  February 14, 2024                    GREENBERG TRAURIG, LLP

By:    */s/ Rebekah S. Guyon*
Rebekah S. Guyon
Attorneys for Defendants, 23andMe, Inc.,
23andMe Holding Co.

DATED:  February 14, 2024                    SCOTT+SCOTT ATTORNEYS AT LAW LLP

By:    */s/ Carey Alexander*
Carey Alexander
Attorneys for Plaintiffs and Proposed Class

### ATTESTATION PURSUANT TO LOCAL RULE 5-1(i)(3):

I, Rebekah S. Guyon, counsel for Defendants, attest that all Signatories have concurred in the filing of the document.

DATED:  February 14, 2024                    GREENBERG TRAURIG, LLP

By:    */s/ Rebekah S. Guyon*
Rebekah S. Guyon
Attorneys for Defendants, 23andMe, Inc., 23andMe, Inc.,
23andMe Holding Co.

### [PROPOSED] ORDER

PURSUANT TO STIPULATION, and for good cause shown, IT IS ORDERED THAT that Defendants' deadline to respond to the complaint is continued to 30 days after the Initial Case Management Conference is held in this matter.

DATED: February 14, 2024

_____
Hon. Edward M. Chen
United States District Court Judge