1  **SCOTT+SCOTT**
   **ATTORNEYS AT LAW, LLP**
2  Victoria L. Burke (CA Bar No. 278676)
   email@scott-scott.com
3  600 W. Broadway, Suite 3300
   San Diego, CA  92101
4  Telephone: 619-233-4565
   Facsimile:  619-233-0508
5
   *Counsel for Plaintiff*
6

7

8
                    **UNITED STATES DISTRICT COURT**
9                   **NORTHER DISTRICT CALIFORNIA**

10 | | |
|---|---|
| TRACY SCOTT, ANNA DEVEIGA, AND EMILY BEALE, and on behalf of themselves and all others similarly situated, | Case No. 3:23-cv-05980-EMC |
| | Hon. Edward M. Chen |
| Plaintiffs, | **NOTICE OF APPEARANCE OF VICTORIA L. BURKE** |
| vs. | |
| 23ANDME HOLDING CO. and 23ANDME, INC., | |
| Defendants. | |

**TO THE COURT, ALL PARTIES, AND TO THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Victoria L. Burke of the law firm Scott+Scott Attorneys at Law LLP, at 600 W. Broadway, Suite 3300, San Diego, CA 92101, telephone number (619) 233-4565, facsimile number (619) 233-0508, and email address vburke@scott-scott.com, hereby enters her appearance in this matter as counsel for Plaintiffs Tracy Scott, Anna DeVeiga, and Emily Beale and may receive notices and orders from the Court at the address and numbers provided herein.  The undersigned certifies that she is admitted to practice before this Court.

DATED:  February 29, 2024  **SCOTT+SCOTT**
　　　　　　　　　　　　　　　　　**ATTORNEYS AT LAW LLP**

　　　　　　　　　　　　　　　　　 */s/ Victoria L. Burke*
　　　　　　　　　　　　　　　　　Victoria L. Burke
　　　　　　　　　　　　　　　　　vburke@scott-scott.com
　　　　　　　　　　　　　　　　　600 W. Broadway, Suite 3300
　　　　　　　　　　　　　　　　　San Diego, CA  92101
　　　　　　　　　　　　　　　　　Telephone: 619-233-4565
　　　　　　　　　　　　　　　　　Facsimile:  619-233-0508

　　　　　　　　　　　　　　　　　*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 29, 2024, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List.

      /s/ Victoria L. Burke
      *Victoria L. Burke*