**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
Carey Alexander (*pro hac vice*)
calexander@scott-scott.com
Joseph P. Guglielmo (*pro hac vice*)
jguglielmo@scott-scott.com
The Helmsley Building
230 Park Ave., 17th Floor
New York, NY 10169
Telephone: 212-223-6444

*Attorneys for Plaintiffs*
**TRACY SCOTT, ANNA DAVEIGA, and EMILY BEALE**

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| TRACY SCOTT, ANNA DAVEIGA, and EMILY BEALE, on Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>23ANDME HOLDING CO. and 23ANDME, INC.,<br><br>Defendants. | Case No. 3:23-cv-05980-EMC<br><br>**NOTICE OF WITHDRAWAL OF ATTORNEY CAREY ALEXANDER** |

1  PLEASE TAKE NOTICE that I hereby withdraw as an attorney for Plaintiffs Tracy Scott, Anna DaVeiga, and Emily Beale ("Plaintiffs") in the above-captioned action (the "Action"). I respectfully request to be removed from the Court's service list with respect to this Action. Joseph P. Guglielmo and Victoria L. Burke of Scott+Scott Attorneys at Law LLP will continue to represent Plaintiffs in the Action. All future correspondence and papers in the Action should continue to be directed to the aforementioned attorneys.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: August 26, 2024 | **SCOTT+SCOTT ATTORNEYS AT LAW LLP** |
|  | */s/ Carey Alexander* <br> Carey Alexander (*pro hac vice*) <br> Joseph P. Guglielmo (*pro hac vice*) <br> The Helmsley Building <br> 230 Park Avenue, 17th Floor <br> New York, NY 10169 <br> Telephone: 212-233-6444 <br> calexander@scott-scott.com <br> jguglielmo@scott-scott.com |
|  | **SCOTT+SCOTT ATTORNEYS AT LAW LLP** <br> Victoria L. Burke (CA 278676) <br> 600 W. Broadway, Suite 3300 <br> San Diego, CA 92101 <br> Telephone: 619-233-4565 <br> vburke@scott-scott.com |
|  | *Counsel for Plaintiffs Tracy Scott, Anna DaVeiga, and Emily Beale* |